**CR 09 655**

JMM:ALB:mah
F.#2004R01239

```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 17 2009   ★

LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ROBERT D. SAND,

           Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
228(a)(2), 228(c)(2)
and 3551 et seq.)

**BIANCO, J.**

**LINDSAY, M.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Failure to Pay Child Support)

    On or about and between November 3, 1995 and August 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ROBERT D. SAND did knowingly and intentionally travel in interstate and foreign commerce with the intent to evade a support obligation with respect to his children, who resided in New York, as ordered by the Family Court of the State of New York, County of Nassau, which obligation remained unpaid for a period longer than one year and was greater than $5,000.

    (Title 18, United States Code, Sections 228(a)(2), 228(c)(2) and 3551 et seq.)

<u>COUNT TWO</u>
(Failure to Pay Child Support)

    On or about and between July 15, 2003 and August 2009, both dates being approximate and inclusive, within the Eastern

District of New York and elsewhere, the defendant ROBERT D. SAND did knowingly and intentionally travel in interstate and foreign commerce with the intent to evade a support obligation with respect to his child, who resided in New York, as ordered by the Family Court of the State of New York, County of Nassau, which obligation remained unpaid for a period longer than one year and was greater than $5,000.

(Title 18, United States Code, Sections 228(a)(2), 228(c)(2) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

Case 2:09-cr-00655-JFB Document 9 Filed 09/17/09 Page 3 of 3 PageID #: 3

Criminal Action No. _____

# UNITED STATES DISTRICT COURT
## Eastern District of New York

UNITED STATES OF AMERICA

-against-

ROBERT D. SAND,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 228(a)(2), 228(c)(2) and 3551 et seq.)

*[signature]*

A true bill.

_____
Foreman

Filed in open court this \_\_\_\_\_ day of
_____ A.D. \_\_\_\_\_

_____
Clerk

Bail, $_____

Allen L. Bode
Assistant U.S. Attorney 631-715-7828

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 610 Federal Plaza, Central Islip, New York, on the \_\_\_\_ day of _____, 20\_\_, at 10:30 o'clock in the forenoon.

Dated: Central Islip, New York
_____, 20\_\_\_

United States Attorney,
Attorney for _____

To:

Attorney for _____

---

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the \_\_\_\_ day of _____, in the office of the Clerk of the Eastern District of New York.

Dated: Central Islip, New York
_____, 20\_\_\_

United States Attorney,
Attorney for _____

To:

Attorney for _____